HENRY RAVITZ, Appellant, v. ABRAHAM PRICE and HYMAN PRICE, Individually

and as Copartners, etc., Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.